Argued October 27, affirmed November 16, 1970

CHARLES GEORGE CUNNINGHAM, *Appellant,*
*v.* CUPP, *Respondent.*

476 P2d 824

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*Jim G. Russell,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before Schwab, Chief Judge, and Foley and Fort, Judges.

PER CURIAM

This is an appeal from an order denying post-conviction relief. In 1968, petitioner, while represented

by counsel, plead guilty to a felony charge and was given a prison sentence.

In his post-conviction hearing he testified that his attorney wrongly induced him to plead guilty. His attorney testified to the contrary. The trial court believed the attorney.

> "What actually transpired is a question of fact for the trial court * * *. If the evidence sustains such historical factual findings they will not be disturbed by this court * * *." *Ball v. Gladden*, 250 Or 485, 487, 443 P2d 621 (1968).

Affirmed.